FILED
17 AUG -4 PM 12: 40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 98CR0162-CAB |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER TO DISMISS** |
| v. | |
| RAMON SILVA-MURILLO (7), | |
| Defendant. | |

This matter comes before the Court on the United States' motion to dismiss the indictment and request to recall the arrest warrant.

IT IS HEREBY ORDERED that the indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant be recalled.

DATED: 8/4/17

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE